**Order entered January 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01670-CV

**D&J REAL ESTATE SERVICES, INC. D/B/A
RE/MAX PREMIER GROUP, ET AL., Appellants**

**V.**

**GREG L. PERKINS, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-00559-2011**

## ORDER

We **GRANT** appellants' December 11, 2013 motion for an extension of time to file their notice of appeal. The notice of appeal filed by appellants on December 3, 2013 is deemed timely for jurisdictional purposes.

/s/      DAVID LEWIS
              JUSTICE